# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNA R. SLIGER, *et al.*, | Case No. 3:24-CV-00404-ART-CLB |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO FILE CHANGE OF ADDRESS** |
| v. | |
| WASHOE COUNTY DEPT. OF HUMAN SERVICES, *et al.*, | |
| Defendants. | |

On September 25, 2024, a Clerk's Notice regarding a Certificate of Interested Parties was issued in this case. (ECF No. 6.) On December 16, 2024, the mail was returned as undeliverable. (ECF No. 7.) However, Plaintiffs have not filed updated addresses with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number…. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. This Court grants Plaintiffs 30 days from the date of entry of this order to file their updated addresses with this Court. If Plaintiffs do not update the Court with their current addresses within 30 days from the date of entry of this order, the Court will recommend dismissal of this action without prejudice.

Accordingly, **IT IS ORDERED** that Plaintiffs shall file their updated addresses with the Court within **30 days** of the date of this order.

**IT IS FURTHER ORDERED** that, if Plaintiffs fail to timely comply with this order, the Court shall recommend dismissal of this case without prejudice.

**DATED**: December 17, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**