UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JENNA R. SLIGER, *et al.*,

                Plaintiffs,

  v.

WASHOE COUNTY DEPT. OF HUMAN SERVICES, *et al.*,

                Defendants.

Case No. 3:24-CV-00404-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

      Plaintiffs Jenna R. Sliger and Christopher J. Cartier filed this lawsuit in September 2024, alleging various civil rights violations related to a custody dispute. Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) (ECF No. 10), recommending that this case be dismissed without prejudice for Plaintiffs' failure to comply with the local rules.

      Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

      The R&R explains that after Plaintiffs filed their complaint in September 2024, several notices have been returned as undeliverable. (ECF No. 10 at 1.) The Court ordered Plaintiffs to update their address by January 16, 2025 and cautioned Plaintiffs that failure to do so would result in dismissal. (*Id.*) Plaintiffs failed to update their address or file anything else. (*Id.*) The R&R therefore recommends dismissal based upon Plaintiffs' failure to notify the Court of their change of address pursuant to LR IA 3-1. (*Id.* at 2.)

1

Plaintiffs have not objected to the R&R and their time to do so has now expired. (ECF No. 10.) The Court agrees with Judge Baldwin's reasoning and adopts the R&R in full.

**Conclusion**

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 10) is adopted in full.

Accordingly, this action is dismissed without prejudice.

The Clerk of Court is instructed to close this case.

DATED: March 26, 2025

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE